

# SEMMES
### ATTORNEYS AT LAW

Providing Legal Services...
Since 1887

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND   19 CV 2755 SMC

2019 SEP 18  AM 11:52   Alexander M. Giles
*Principal*

CLERK'S OFFICE
AT BALTIMORE
Suite 1400
25 South Charles Street
BY_____ DEPUTY   Baltimore, Maryland 21201

410-576-4882
410-539-5223 Fax

agiles@semmes.com

September 18, 2019

Clerk
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

Re:   *Dann Marine Towing, L.C. v. Center Point Terminal, et al.*

Dear Clerk:

Enclosed for filing are the following:

1. Complaint;
2. Civil Cover Sheet;
3. A Summons for each Defendant;
4. Check in the amount of $400 to cover the filing fee of the Complaint;
5. Motion for Admission *Pro Hac Vice*;
6. Check in the amount of $100 to cover the filing fee of the Motion for Admission *Pro Hac Vice*; and
7. A CD containing all documents in .pdf format.

Very truly yours,

Alexander M. Giles

/tz

Enclosures

B2203744.DOCX