

ATTORNEYS AT LAW

**SEMMES**

Providing Legal Services...
Since 1887

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**Alexander M. Giles**
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410-576-4882
410-539-5223 Fax

agiles@semmes.com

September 19, 2019

## HAND-DELIVERY SERVICE OF PROCESS

Center Point Terminal Company, LLC
c/o The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville-Timonium, Maryland 21093

> Re:   Dann Marine Towing, L.C. v. Center Point Terminal Salisbury, LLC, *et al.*
> In the United States District Court of Maryland
> Civil Action No.:  1:19-CV-2755-JMC

To whom it may concern:

Enclosed for service of process are the following pleadings in the above-captioned matter:

1. Civil Cover Sheet (ECF #1-1);
2. Complaint (ECF #1);
3. Motion for Admission *Pro Hac Vice* of Robert B. Birthisel (ECF #3);
4. Notice of Case Assignment (ECF #5);
5. Case Management Order (ECF #6).

If you have any questions regarding the foregoing pleadings and/or service of process, please feel free to contact me at your earliest convenience.

Very truly yours,

Alexander M. Giles

Enclosures
cc:   Robert B. Birthisel, Esquire (via email, without enclosures)

B2204249.DOCX

EXHIBIT

*1*

BALTIMORE, MD • HAGERSTOWN, MD • SALISBURY, MD • VIENNA, VA • WASHINGTON, D.C. • MARTINSBURG, WV



ATTORNEYS AT LAW

Providing Legal Services...
Since 1887

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**Alexander M. Giles**
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410-576-4882
410-539-5223 Fax

agiles@semmes.com

September 19, 2019

**HAND-DELIVERY SERVICE OF PROCESS**
Center Point Terminal Salisbury, LLC
c/o The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville-Timonium, Maryland 21093

> Re:    Dann Marine Towing, L.C. v. Center Point Terminal Salisbury, LLC, *et al.*
>        In the United States District Court of Maryland
>        <u>Civil Action No.:  1:19-CV-2755-JMC</u>

To whom it may concern:

Enclosed for service of process are the following pleadings in the above-captioned matter:

1. Civil Cover Sheet (ECF #1-1);
2. Complaint (ECF #1);
3. Motion for Admission *Pro Hac Vice* of Robert B. Birthisel (ECF #3);
4. Notice of Case Assignment (ECF #5);
5. Case Management Order (ECF #6).

If you have any questions regarding the foregoing pleadings and/or service of process, please feel free to contact me at your earliest convenience.

Very truly yours,

Alexander M. Giles

Enclosures
cc:    Robert B. Birthisel, Esquire (via email, without enclosures)

B2204245.DOCX

BALTIMORE, MD  •  HAGERSTOWN, MD  •  SALISBURY, MD  •  VIENNA, VA  •  WASHINGTON, D.C.  •  MARTINSBURG, WV